UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN DONALD KELSO, | ) | Case No. ED CV 08-5615-ODW (PJW) |
| | ) | |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| CARLA LUNA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Order Dismissing Action, and for the reasons contained therein,

IT IS ADJUDGED that the action is dismissed.

DATED: <u>November 6, 2008</u>.

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~6039896.wpd